UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

SAEED KAID, #78600-054,

                              Plaintiff,

                                                          **DECISION AND ORDER**
        v.                                                15-CV-1024-A

DAVID AKINS,

                              Defendant.

This case was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1). On October 4, 2017, Magistrate Judge Scott filed a Report and Recommendation (Dkt. No. 47), recommending that the Defendant's motion for summary judgment under Fed. R. Civ. P. 56 (Dkt. No. 39) be granted.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and no objections having been timely filed, it is hereby

**ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and the Court finding no clear error or manifest injustice in the Report and Recommendation, defendant's motion for summary judgment under Fed. R. Civ. P. 56 is granted. The Clerk of Court shall enter judgment for the Defendant and close the case.

        **IT IS SO ORDERED.**


                              ___*Richard J. Arcara*_____
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT COURT

Dated:   November 20, 2017